IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHARLES A. NIEDERSTADT

    Plaintiff,

v.                                              Civ. No. 13-283  JAP/SCY

FNU WOLF, *et al.*

    Defendants.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION AND DISMISSING CASE

THIS MATTER is before the Court on Defendants Lackey and McGarry's Martinez Report and Motion for Summary Judgment. *Doc*. 66.  On December 2, 2014, Magistrate Judge Steven C. Yarbrough filed a Proposed Findings and Recommended Disposition ("PFRD") advising that the Court grant Defendants' motion. *Doc. 73*.  Plaintiff has filed no objections to the PFRD, thereby waiving his right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the record, the Court concurs with the Magistrate Judge's findings and recommendations.

    **IT IS THEREFORE ORDERED THAT:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 73*) is ADOPTED.

2. Plaintiff's claims are dismissed with prejudice.

_____
SENIOR UNITED STATES DISTRICT JUDGE